## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **SHARON TURNER and Fictitious Plaintiffs A–C** being any other person or legal entity who or which may have a claim as set forth in paragraph 2 hereof, all of whose names are unknown but will be added by amendment when ascertained, separately and severally, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| | ) **CASE NO.:   1:10-cv-344** |
| v. | )<br>) |
| **METROPOLITAN LIFE INSURANCE COMPANY, WEST FRASER, INC., AUTOMATIC DATA PROCESSING, INC.,** and **Fictitious Defendants A–D** being those persons, firms, partnerships, corporations, or other legal entities who or which are liable to Plaintiffs as set forth in paragraph 5 hereof, all of whose names and true legal identities are unknown to Plaintiffs but who will be added by amendment when ascertained, separately and severally, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **(Removed from the Circuit Court of Mobile County, Alabama, No. 02-CV-2010-901253.00)** |
| Defendants. | ) |

## CONSENT TO AND JOINDER IN REMOVAL

Defendant Automatic Data Processing, Inc. hereby consents to and joins in the notice of removal filed by Defendant Metropolitan Life Insurance Company.

1. Automatic Data Processing, Inc. is a Delaware corporation with its principal place of business in Roseland, New Jersey.

2. Automatic Data Processing, Inc. consents to and joins in the removal of this action from the Circuit Court of Mobile County, Alabama, to the United States District Court for the Southern District of Alabama, Southern Division, upon the grounds set forth in MetLife's notice of removal.

3. Undersigned counsel is appearing for Automatic Data Processing, Inc. for the limited purpose of this removal and does not waive any rights, defenses, or objections, including but not limited to those related to sufficiency of process, service of process, whether service of process was actually perfected and/or any jurisdiction defenses which may be raised.[1]

---

[1] Although the Clerk's office with the Mobile County Circuit Court shows service of process for Automatic Data Processing, Inc., service of the summons and complaint has not been perfected on this defendant as shown by the attached letter from CT Corporation (Exhibit A). It is out of an abundance of caution, and because the records of the Mobile County Circuit Court Clerk's office reflects service on this defendant, that Defendant Automatic Data Processing, Inc. files this consent and joinder in removal, without waiver of any rights or defenses it may raise.

WHEREFORE, Automatic Data Processing, Inc. adopts and incorporates by reference the notice of removal filed by MetLife in this action.

Respectfully submitted,

**/s/ John N. Leach**
JOHN N. LEACH  (LEACJ2634)
Email jnl@helmsinglaw.com
RUSSELL C. BUFFKIN  (BUFFR6510)
Email       rcb@helmsinglaw.com
**HELMSING, LEACH, HERLONG,
NEWMAN & ROUSE, P.C.**
Post Office Box 2767
Mobile AL 36652
Telephone:  251.432.5521
Facsimile:  251.432.0633

Attorneys for Automatic Data Processing, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles A. Hicks
    Brandy B. Hambright
    Hicks, Matranga & Hambright, LLC
    1206 Dauphin Street
    Mobile, Alabama  36604

    Robert Emmett Poundstone, IV
    BRADLEY ARANT BOULT CUMMINGS LLP
    Alabama Center for Commerce Building
    401 Adams Avenue, Suite 780
    Montgomery, Alabama  36104

    John S. Johnson
    HAND ARENDALL, LLC
    1200 Park Place Tower
    2001 Park Place North
    Birmingham, Alabama 35203

                        /s/ Russell C. Buffkin
                        OF COUNSEL

Doc. 253913