# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHARON TURNER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 10-0344-CG-B |
| METROPOLITAN LIFE INSURANCE COMPANY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Counsel for the parties notified the court that this action has been settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 3rd day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE